OZMUN, Respondent, v. LOOMIS et al., Appellants.

(Supreme Court, General Term, Fourth Department.   September 23, 1893.)

Action by Diana Ozmun against Louis A. Loomis and others.
No opinion.   Order affirmed, with $10 costs and disbursements.   The appellant
is granted leave to comply with the order of the special term within 10 days from
service of the order of affirmance.

PEOPLE, Respondent, v. HILL, Appellant.

(Supreme Court, General Term, Fourth Department.   September 23, 1893.)

Indictment against Samuel P. Hill for murder in the second degree.
No opinion.   Order filed with the clerk of Oneida county.   For former reports,
see 3 N. Y. Supp. 564; 8 N. Y. Supp. 940; 20 N. Y. Supp. 187.

PEOPLE, Appellant, v. SULLIVAN, Respondent.

(Supreme Court, General Term, Fourth Department.   September 23, 1893.)

Action by the people against Patrick Sullivan.
No opinion.   Judgment reversed, and the demurrer overruled, and the clerk of
Oneida county directed to enter judgment, and a certified copy of the entry re-
mitted to the clerk of Onondaga county, and proceedings remitted to the court
of sessions of Onondaga county, pursuant to sections 547, 548, Code Crim. Proc.

PEOPLE ex rel. DAVIS, Appellant, v. EXCISE BOARD OF TOWN OF
OWEGO, Respondent.

(Supreme Court, General Term, Fourth Department.   September 23, 1893.)

Certiorari by Burr J. Davis to review the action of Charles F. Truman and
others, as commissioners of the board of excise of the town of Owego, in refusing
to grant to relator a license to sell intoxicating liquors.   The proceeding was dis-
missed, (23 N. Y. Supp. 913,) and relator appeals.
No opinion.   Order affirmed, with $10 costs and disbursements.

ROSS, Appellant, v. GLEASON et al., Respondents.

(Supreme Court, General Term, Fourth Department.   September 23, 1893.)

Action by Augustus Ross, executor, etc., impleaded, against De Witt A. Glea-
son and others.
No opinion.   Order affirmed, with $10 costs and disbursements.   See 5 N. Y.
Supp. 954.